IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Bellini,<br><br>       Plaintiff,<br><br>v.<br><br>Patenaude & Felix APC, et al.,<br><br>       Defendants. | No. CV-22-02188-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 24), filed on November 8, 2023,

**IT IS ORDERED** approving the Stipulation (Doc. 24) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 13th day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge